Matthew F. Schwartz * *Pro Hac Vice*
Brian S. Levenson * *Pro Hac Vice*
SCHWARTZ, PONTERIO & LEVENSON, PLLC
134 West 29th Street, Suite 1001
New York, New York 10001
Phone: (212) 714-1200
E-mail: blevenson@splaw.us
E-mail: mschwartz@splaw.us

Oren S. Giskan * *Pro Hac Vice*
GISKAN SOLOTAROFF & ANDERSON LLP
90 Broad Street, 10th Floor
New York, New York 10004
Phone: (212) 847-8315
E-mail: ogiskan@gslawny.com

Allen Hyman (California State Bar No. 73371)
LAW OFFICES OF ALLEN HYMAN
10737 Riverside Drive
North Hollywood, CA 91602
Phone: (818) 763-6289
E-mail: lawoffah@aol.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| S.A. MUSIC, LLC, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>APPLE INC., *et al.*,<br><br>                    Defendants. | Case No. 20-cv-2146-WHO<br>Case No. 20-cv-2794-WHO<br>Case No. 20-cv-2965-WHO<br><br>**PLAINTIFFS' MOTION<br>FOR SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE THAT, on a date to be determined by the court or as soon thereafter as counsel may be heard, Plaintiffs SA Music LLC, William Kolbert, as Trustee of the Harold Arlen Trust, Ray Henderson Music Co., Inc., and Four Jays Music Company ("Plaintiffs"), by and through counsel, will move and hereby do move the Court for partial summary judgment pursuant to Federal Rules of Civil Procedure (F.R.C.P.) 56.

1    The grounds for this motion, as more fully set forth in the accompanying

2 Memorandum of Points and Authorities and supporting declarations and exhibits.

3 Dated:        New York, New York
              November 23, 2021
4

5                             SCHWARTZ, PONTERIO & LEVENSON, PLLC

6            By:    _____/s/_____
                   Matthew F. Schwartz * *Pro Hac Vice*
                   Brian S. Levenson * *Pro Hac Vice*
7                  134 West 29th Street, Suite 1001
                   New York, New York 10001
8                  Phone: (212) 714-1200
                   E-mail: mschwartz@splaw.us
9                  E-mail: blevenson@splaw.us

10                 GISKAN SOLOTAROFF & ANDERSON LLP
                   Oren S. Giskan * *Pro Hac Vice*
11                 90 Broad Street, 10th Floor
                   New York, New York 10004
12                 Telephone: (212) 847-8315
                   E-mail: ogiskan@gslawny.com
13
                   Allen Hyman (California State Bar No. 73371)
14                 LAW OFFICES OF ALLEN HYMAN
                   10737 Riverside Drive
15                 North Hollywood, CA 91602
                   Phone: (818) 763-6289
16                 E-mail: lawoffah@aol.com

17                 *Attorneys for Plaintiffs*

18

19

20

21

22

23

24

25

26

27

28