# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SA MUSIC, LLC, et al., | Case No. 3:20-cv-2146-WHO |
| Plaintiffs, | **MOTION SCHEDULING ORDER** |
| v. | Re: Dkt No. 139 |
| APPLE INC., et al., | |
| Defendants. | |
| SA MUSIC, LLC, et al., | Case No. 3:20-cv-2794-WHO |
| Plaintiffs, | |
| v. | Re: Dkt No. 145 |
| APPLE INC., et al., | |
| Defendants. | |
| SA MUSIC, LLC, et al., | Case No. 3:20-cv-2965-WHO |
| Plaintiffs, | |
| v. | Re: Dkt No. 129 |
| APPLE INC., et al., | |
| Defendants. | |

The stipulation at the above-listed docket numbers is adopted. The hearings on the Daubert motions shall be set on January 26, 2022.

Dated: January 4, 2022

William H. Orrick
United States District Judge

1